Gutierrez v Cioffi (2020 NY Slip Op 51437(U))

[*1]

Gutierrez v Cioffi

2020 NY Slip Op 51437(U) [69 Misc 3d 148(A)]

Decided on November 27, 2020

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on November 27, 2020
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Cooper, J.P., Higgitt, McShan, JJ.

20-149

Evelyn Gutierrez, 
 Plaintiff-Appellant, 
against
Synthia Cioffi and Raymond Cioffi,
Defendants-Respondents.

Plaintiff appeals from a judgment of the Civil Court of the City of New York, Bronx County
(Fidel E. Gomez, J.), entered June 19, 2019, after a nonjury trial, in favor of defendants
dismissing the complaint.

Per Curiam.
Judgment (Fidel E. Gomez, J.), entered June 19, 2019, affirmed, without costs.
Plaintiff's replevin action to recover possession of a dog was properly dismissed after trial.
Even assuming that plaintiff was not collaterally estopped from re-litigating the issue of
ownership by a prior arbitration award determining that she abandoned the dog (see e.g.
Humphries v City Univ. of NY, 146 AD3d 427 [2017], lv denied 30 NY3d 913
[2018]), a fair interpretation of the evidence supports a finding that plaintiff failed to establish
that she had a superior possessory right to the dog than that of the defendants (see Pivar v
Graduate School of Figurative Art of NY Academy of Art, 290 AD2d 212, 213 [2002]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concurI concur
Decision Date: November 27, 2020